**KLEIN THOMAS LEE & FRESARD**
Gregory P. Gilmer (SBN: 212067)
Email:  greg.gilmer@kleinthomaslaw.com
Kristyn Wong (SBN: 346644)
Email:  kristyn.wong@kleinthomaslaw.com
1920 Main Street, Suite 230
Irvine, CA 92614
Office: (949) 676-4570

Attorney for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

QUINTIN TANNER, on behalf of himself and all others similarly situated,

Plaintiffs,

vs.

FCA US LLC, a Delaware Limited Liability Company; and DOES 1-100, inclusive,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.:  2:26-cv-01475-WBS (CKDx)**

*Assigned to: William B. Shubb*
*Magistrate Judge: Carolyn K. Delaney*

**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT BY 28 DAYS PER L.R. 144(a)**

Action Filed:      March 2, 2026

Plaintiff Quintin Tanner and Defendant FCA US LLC have stipulated pursuant to L.R. 144(a) to an extension of twenty-eight (28) days until May 13, 2026, for FCA US LLC to answer, move to dismiss, or otherwise respond to the complaint in this action.

Having reviewed the facts and circumstances set forth in the parties' stipulation and for good cause shown, the Court GRANTS the stipulation and hereby ORDERS as follows:

1. FCA US LLC's deadline to file its motion to dismiss or other responsive pleading to the complaint is due on or before May 13, 2026.

IT IS SO ORDERED.

Dated:  April 22, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND
TO COMPLAINT BY 28 DAYS PER L.R. 144(a)